**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000660
29-MAY-2026
08:02 AM
Dkt. 69 OAWST**

NO. CAAP-24-0000660

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ASSOCIATION OF UNIT OWNERS OF WAIHONUA AT KEWALO,
through its Board of Directors, Plaintiff-Appellant, v.
KEWALO DEVELOPMENT, LLC; A & B PROPERTIES HAWAII, LLC
(fka A&B PROPERTIES, INC.),
Defendants/Crossclaim Defendants-Appellees, and
HAWAIIAN DREDGING CONSTRUCTION COMPANY, INC.,
Defendant/Crossclaimant-Appellee, and
DOES 1 THROUGH 100, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-24-0000709)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal and Order (**Stipulation**), filed on May 11, 2026, by Plaintiff-Appellant Association of Unit Owners of Waihonua at Kewalo, through its Board of Directors, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal, with each party bearing its own attorneys' fees and costs; and (3) the Stipulation is signed by counsel for all parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs incurred on appeal.

DATED:  Honolulu, Hawaiʻi, May 29, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge